UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIRGINIA ALVAREZ GUTIERREZ,<br><br>Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security<br><br>Defendant. | Case No. 1:18-cv-01279-EPG<br><br>ORDER GRANTING DEFENDANT EXTENSION OF TIME TO FILE RESPONSIVE BRIEF<br><br>(ECF NO. 10) |

On May 31, 2019, Plaintiff Virgnina Alvarez Gutierrez and defendant Nancy A. Berryhill, the Acting Commissioner of Social Security, filed a joint stipulation that Defendant would have an extension of 30 days to file a responsive brief in this matter. Finding good cause for the extension, IT IS ORDERED that Defendant shall have a 30 day extension of time in which to file a responsive brief. The new date for Defendant's responsive brief is July 1, 2019.

IT IS SO ORDERED.

Dated:  **May 31, 2019**                    /s/ *Erica P. Grosjean*

UNITED STATES MAGISTRATE JUDGE