UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| VIRGINIA ALVAREZ GUTIERREZ, ) | Civil No. 1:18-cv-01279-EPG |
| ) | |
| Plaintiff, ) | **STIPULATION AND ORDER FOR A** |
| ) | **SECOND EXTENSION OF TIME FOR** |
| v. ) | **DEFENDANT TO FILE HER** |
| ) | **RESPONSIVE BRIEF** |
| NANCY A. BERRYHILL, ) | |
| Acting Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |
| ) | |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court, that Defendant shall have a second extension of time of 30 days to file her responsive brief. Defendant respectfully requests this extension of time because of an extremely heavy workload, including ten other district court due within the next month, as well preplanned leave for the upcoming Fourth of July holiday.

The new due date for Defendant's responsive brief will be Wednesday, July 31, 2019.

1

Respectfully submitted,

Date: *July 1, 2019*                PENA & BROMBERG, ATTORNEYS AT LAW

By: */s/ Jonathan Omar Pena*
JONATHAN OMAR PENA
*\* By email authorization on July 1, 2019*
Attorney for Plaintiff

Date: *July 1, 2019*                McGREGOR W. SCOTT
United States Attorney

By: */s/ Michael K. Marriott*
MICHAEL K. MARRIOTT
Special Assistant United States Attorney
Attorneys for Defendant

Of Counsel
Jeffrey Chen
Assistant Regional Counsel
Social Security Administration

## ORDER

Pursuant to the parties' stipulation that Defendant shall have a second extension of 30 days to file a responsive brief, IT IS ORDERED that Defendant shall have a second extension of 30 days to file a responsive brief. Defendant's responsive brief shall be filed on or before July 31, 2019.

IT IS SO ORDERED.

Dated: **July 2, 2019**                /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE